FILED
CLERK, U.S. DISTRICT COURT

JAN 11 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | MJ 23-38 |
|---|---|---|
| Plaintiff, | ) | ORDER [OF DETENTION] [SETTING |
| | ) | CONDITIONS OF RELEASE] AFTER HEARING |
| v. | ) | (18 U.S.C. § 3148(b): |
| JEWELION YARBROUGH | ) | (Allegations of Violation of |
| | ) | Pretrial Conditions of Release) |
| Defendant. | ) | |

A.

On motion of the Government involving an alleged violation of conditions of pretrial release and warrant for arrest issued by [Judge S.D. ILL].

B.

The court finds there is

(1)

    (A)  (X)  Probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

    (B)  (  )  Clear and convincing evidence that the defendant has violated any other condition of release; and

(2)

    (A)  ( )  Based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the person will not flee or pose a danger to the safety or any other person or the community; or

    (B)  (X)  The person is unlikely to abide by any condition or combination of conditions of release.

               and/or, in the event of (1)(A)

(3)    ( )  There is probable cause to believe that, while on release, the defendant committed a Federal, State, or local felony, and the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community has not been rebutted.

                              <u>or</u>

(4)    ( )  The court finds that there are conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community, and that the defendant will abide by such conditions. <u>See</u> separate order setting conditions.

        ( )  It is further ordered that this order is stayed for 72 hours in order to allow the Government to seek review from the [assigned district judge] [criminal duty district judge].

                              <u>or</u>

2

1

C.

2    (X)    IT IS ORDERED defendant be detained prior to trial.

3           DATED: ~~1/5/2023~~

4               1/11/2023

5                     U.S. MAGISTRATE/~~DISTRICT~~ JUDGE

6                         PAUL L. ABRAMS
7                         U.S. Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27 [11/04]

28

3